```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                   12/9/25

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY:      MRV        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:25-cr-00993-MEMF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [8 U.S.C. § 1326(a), (b)(1): Illegal Alien Found in the United States Following Deportation or Removal] |
| PEDRO ORTIZ GUZMAN, | |
| Defendant. | |

The United States of America charges:

[8 U.S.C. § 1326(a), (b)(1)]

On or about September 16, 2021, defendant PEDRO ORTIZ GUZMAN, an alien, who had been officially deported and removed from the United States on or about July 10, 2019, was found in Santa Barbara County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or her designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

//

//

Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for the following felony:

1. Driving With A Blood Alcohol Content Greater Than .08 Percent, a felony, in violation of California Vehicle Code Section 23152(b), on or about April 15, 2019, in the Superior Court of the State of California, County of Santa Barbara, case number 19CR01538.

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ signature*

LAWRENCE E. KOLE
Assistant United States Attorney
Chief, Domestic Security and Immigration Crimes Section

MATTHEW J. TAKO
Assistant United States Attorney